IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM D. COLLINS | Asbestos MDL 875 |
| Plaintiff | Civil Action No. 08-4742 |
| v. | |
| NORFOLK SOUTHERN RAILWAY CO. | |
| Defendant | |

### STIPULATION OF DISMISSAL

It is hereby agreed and stipulated by the Plaintiff, William D. Collins, and the Defendant, Norfolk Southern Railway Company, by and through their respective legal counsel, that the above matter be, and hereby is, dismissed with prejudice in its entirety, each party to bear its own costs.

| | |
|---|---|
| LAW OFFICE OF THOMAS J. JOYCE, III | BURNS, WHITE & HICKTON |
| By */s/Thomas J. Joyce, III* | By */s/David A. Damico* |
| Thomas J. Joyce, III, Esquire | David A. Damico, Esquire |
| 900 Centerton Road | 106 Isabella Street |
| Mount Laurel, NJ 08054 | Pittsburgh, PA 15212 |
| (856) 914-0220 | (412) 995-3000 |
| Attorney for Plaintiff | Attorney for Defendant |

DATED: June 10, 2009